# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAMMY BREEDEN, | 2:11-cv -01785-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| THE VONS COMPANIES, INC., *et al.,* | |
| Defendants. | |

On May 10, 2012 the Court scheduled a status hearing regarding the parties' failure to file the discovery plan and scheduling order for May 15, 2012 at 9:30 a.m. (dkt. 10).  The parties filed a Joint Proposed Discovery Plan and Scheduling Order with Special Scheduling Review Requested on May 14, 2012 (dkt. 11).  The Joint Proposed Discovery Plan and Scheduling Order with Special Scheduling Review Requested has been approved (dkt. 12).

IT IS HEREBY ORDERED that the status hearing regarding the parties' failure to file the discovery plan and scheduling order for May 15, 2012 at 9:30 a.m. is vacated.

DATED this 14th day of May, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE