# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMMY BREEDEN,

    Plaintiff,

v.

SAFEWAY STORES, INC., *et al.*,

    Defendants.

Case No. 2:11-CV-01785-KJD-VCF

**ORDER**

    Before the Court is the Motion to Dismiss (#4) of Defendants Safeway Stores, Inc. and Safeway, Inc. (collectively "Safeway"). No opposition has been filed. Pursuant to Local Rule 7-2, failure to oppose a motion constitutes consent to the granting of the Motion. Defendants' argument that Safeway should be dismissed because it did not own, operate, or maintain the subject premises appears to have merit. Accordingly, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss (#4) Safeway is **GRANTED**.

    DATED this 8th day of June 2012.

_____
Kent J. Dawson
United States District Judge