✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Tammy Breeden

AMENDED

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Safeway Stores Inc et al

Case Number:  2:11-CV-1785 KJD-VCF

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Defendants' Motion to Dismiss is granted. Judgment is entered for Defendants Safeway Stores Inc and Safeway Inc and against Plaintiff Tammy Breeden.

June 11, 2012                                  /s/ Lance S. Wilson

_____                      _____
Date                                          Clerk

                                             /s/ Eileen Sterba
                                             _____
                                             (By) Deputy Clerk