# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Tammy Breeden

Plaintiff,

V.

Safeway Stores Inc et al

Defendants.

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-1785 KJD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants' Motion to Dismiss is granted. Judgment is entered for Defendants Safeway Stores Inc and Safeway Inc and against Plaintiff Tammy Breeden.

June 11, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk