# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TAMMY BREEDEN, | 2:11-cv -01785-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| THE VONS COMPANIES, INC., *et al.,* | |
| Defendants. | |

Before the Court is Defendant The Vons Companies, Inc.'s Motion to Compel Plaintiff to Appear for an Independent Medical Examination and Pay the Fee on an Order Shortening Time (#18).

IT IS HEREBY ORDERED that the opposition to Defendant The Vons Companies, Inc.'s Motion to Compel Plaintiff to Appear for an Independent Medical Examination and Pay the Fee on an Order Shortening Time (#18) shall be filed on or before June 29, 2012 and the reply shall be filed on or before July 6, 2012.

IT IS FURTHER ORDERED that Defendant The Vons Companies, Inc. shall file on or before July 6, 2012 a declaration from Dr. David Silverberg, M.D. describing any steps he took to mitigate time and revenue lost due to the last minute cancellation of Plaintiff's IME.

IT IS FURTHER ORDERED that a hearing on Defendant The Vons Companies, Inc.'s Motion to Compel Plaintiff to Appear for an Independent Medical Examination and Pay the Fee on an Order

…

1  Shortening Time (#18) shall be scheduled for Wednesday, July 11, 2012 at 11:00 a.m. in Courtroom 3C.

2  DATED this 25th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE