Tamela L. Kahle
Nevada Bar No. 0558
Kevin D. Holtman
Nevada Bar No. 11603
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Ste.110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201

Attorneys for Defendant
The Vons Companies, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TAMMY BREEDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY STORES, Inc., a Delaware Corporation, SAFEWAY, Inc., a Delaware Corporation; THE VONS COMPANIES, INC., a Michigan Corporation, and DOES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:11-cv-01785-KJD-VCF<br><br>**INTERIM STATUS REPORT** |

**INTERIM STATUS REPORT**

I.  **PENDING MOTIONS AND/OR OTHER MATTERS THAT REQUIRE THE COURT'S ATTENTION**

Plaintiff has filed a Notice of Substitution of Attorney (Doc. 24) on or about August 23, 2012. Defendant has no opposition to the Substitution of Attorney.

Defendant file a Motion for Attorney Fees for Safeway Stores, Inc. and Safeway, Inc. (Doc. 17) on or about June 14, 2012. No opposition has been filed.

II. **STATUS OF CASE**

The parties have worked diligently to progress through discovery. The Initial Expert Disclosure deadline was September 7, 2012 and the parties will provide their disclosures. The

1 | Rebuttal Expert Disclosure deadline is October 8, 2012.

2 |     The trial is estimated to be between 5 to 7 days. The following are proposed dates for the start of the trial:

    April 1, 2013;

    April 8, 2013; and

    April 15, 2013.

    Dispositive Motions will be filed by Defendant prior to the December 7, 2012 deadline.

Dated this 7th day of September, 2012.

JAMES KWON, LLC

By: _____
James W. Kwon, Esq.
Nevada Bar No. 8146
8925 West Post Road, Suite 120
Las Vegas, Nevada 89142
Counsel for Plaintiff
Tammy Breeden

Dated this 7th day of September, 2012.

KAHLE & ASSOCIATES

By: _____
Tamela L. Kahle
Nevada Bar No. 0558
Kevin D. Holtman
Nevada Bar No. 11603
7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89117
Attorneys for Defendant
The Vons Companies, Inc.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 9-11-2012